ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✥PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 3:10-cv-04713-CRB<br><br>~~REQUEST FOR DISMISSAL OF ASBESTOS~~ EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT JOHNSON CONTROLS, ~~INC., WITH PREJUDICE~~; ORDER |

　　　　Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to JOHNSON CONTROLS, INC. and hereby amends his or her complaint(s) accordingly.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: July 15, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., S.B. #154436 |
| | | Email: DDonadio@braytonlaw.com |
| 7 | | Tel: (415) 898-1555 |
| | | Fax: (415)898-1247 |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | Dated: 7/15/13 | BECHERER, KANNETT & SCHWEITZER |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: [signature] |
| | | MARK S. KANNETT, ESQ. SB#104572 |
| 15 | | Attorneys for Defendant |
| | | JOHNSON CONTROLS, INC. |
| 16 | | |
| 17 | | |
| 18 | Dated: July 16, 2013 | SO ORDERED: |
| 19 | | |
| 20 | | IT IS SO ORDERED |
| 21 | | [signature] |
| 22 | | Judge Charles R. Breyer |
| 23 | | United States District Court Judge |

2

REQUEST FOR DISMISSAL OF ASBESTOS EXPOSURE ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT JOHNSON CONTROLS, INC., WITH PREJUDICE; ORDER