UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO, | No. 3:10-cv-04713-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC.** |
| vs. | |
| ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*, | |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HONEYWELL INTERNATIONAL INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 10, 2014

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC.