AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Frank Ricco

Plaintiff(s),

V.

American Optical Corporation, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:10-cv-04713-CRB

Notice is hereby given that, subject to approval by the court, __The Pep Boys-Manny, Moe & Jack of CA__ substitutes
(Party(s) Name)

__Jennifer J. Lee__, State Bar No. __203774__ as counsel of record in place
(Name of New Attorney)

place of __Scott Goldberg, Selman Breitman__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: McKenna Long & Aldridge
Address: One Market Plaza, Spear Tower, 24th Floor, San Francisco, California 94105
Telephone: (415) 267-4000   Facsimile (415) 267-4198
E-Mail (Optional): jelee@mckennalong.com

I consent to the above substitution.
Date: 1/2/14

Janice Levin for The Pep Boys-Manny, Moe & Jack of CA
(Signature of Party(s))

I consent to being substituted.
Date: 1-13-14

Scott Goldberg, Selman Breitman
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1-15-14

Jennifer J. Lee
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 21, 2014

IT IS SO ORDERED
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]