John R. Brydon [Bar No. 083365]
Brian H. Buddell [Bar No. 166103]
George A. Otstott [Bar No. 184671]
Warren A. Jackson [Bar No. 209483]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
BAYER CROPSCIENCE, INC., successor to
AMCHEM PRODUCTS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>            Plaintiff(s),<br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., et al.,<br><br>            Defendants. | Case No. 3:10-cv-4713-CRB (JCS/JSC)<br><br>STIPULATION BETWEEN PLAINTIFF AND BAYER CROPSCIENCE, INC. TO ATTEND SETTLEMENT CONFERENCE ON MARCH 11, 2014 BEFORE JUDGE CORLEY OR, ALTERNATIVELY, TO ALLOW ATTENDANCE OF PARTY REPRESENTATIVE VIA TELEPHONE<br><br>January 29, 2014<br><br>Hon. Joseph C. Spero<br>Hon. Jacqueline Scott Corley |

Defendant BAYER CROPSCIENCE, INC. ("Bayer CropScience") and Plaintiff FRANK RICCO ("Plaintiff"), by and through their respective counsel of record, Brydon Hugo & Parker and Brayton Purcell, L.L.P., AGREE and STIPULATE, subject to the approval of the Court, that Bayer CropScience and Plaintiff be allowed to move their currently scheduled Settlement Conference from March 10, 2014 before the Honorable Joseph C. Spero to March 11, 2014 before the Honorable Jacqueline Scott Corley. Bayer CropScience represents that its client representative, Christopher Cruz, is unable to personally attend the Settlement Conference on March 10, 2014 as he will be out-of-state on a pre-paid trip.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION TO ATTEND SETTLEMENT CONFERENCE ON MARCH 11, 2014 BEFORE JUDGE CORLEY OR, ALTERNATIVELY, TO ALLOW ATTENDANCE OF PARTY REPRESENTATIVE VIA TELEPHONE (RICCO)

On March 11, 2014, Judge Corley is already scheduled to conduct the Settlement Conferences in two other Brayton Purcell cases which Mr. Cruz will be attending in person (for Union Carbide Corp.), *Lyman v. Asbestos Defendants*, 3:07-cv-04240 and *Young v. Georgia-Pacific Corporation, et al.*, 3:11-cv-05154. Judge Corley's Deputy has confirmed with Bayer CropScience that Judge Corley has kindly agreed to conduct the *Ricco* Settlement Conference between Plaintiff and Bayer CropScience on March 11, 2014.

Alternatively, Bayer CropScience and Plaintiff further AGREE and STIPULATE, subject to the approval of the Court, that Christopher Cruz be allowed to attend the March 10, 2014 Settlement Conference via telephone.

IT IS SO STIPULATED

Dated: January 29, 2014

BRYDON HUGO & PARKER

By: _____
John R. Brydon
George A. Otstott
Warren A. Jackson
Attorneys for Defendant
BAYER CROPSCIENCE, INC.

Dated: Jan. 29, 2014

BRAYTON PURCELL, L.L.P.

By: _____
Kimberly Chu
Attorneys for Plaintiff
FRANK RICCO

```
The settlement conference currently scheduled on March 10, 2014 before
Magistrate Judge Spero as to defendant Bayer CropScience is vacated.
Dated: January 29, 2014
```

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

STIPULATION TO ATTEND SETTLEMENT CONFERENCE ON MARCH 11, 2014 BEFORE JUDGE CORLEY OR, ALTERNATIVELY, TO ALLOW ATTENDANCE OF PARTY REPRESENTATIVE VIA TELEPHONE (RICCO)