BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO, | No. 3:10-cv-04713-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES'** |
| vs. | **DISMISSAL WITHOUT PREJUDICE** |
| ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*, | **OF DEFENDANT SCOTT TECHNOLOGIES, INC.** |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant SCOTT TECHNOLOGIES, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 31, 2014        By: _____
                                    Cha[rles R. Breyer]
                                    Unit[ed States District Judge]

*IT IS SO ORDERED — Judge Charles R. Breyer*

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SCOTT TECHNOLOGIES, INC.