BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO, | No. 3:10-cv-04713-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES'** |
| vs. | **DISMISSAL WITHOUT PREJUDICE** |
| ADVANCE MECHANICAL | **OF DEFENDANT GRINNELL LLC** |
| CONTRACTORS, INC., *et al.*, | **(FKA GRINNELL CORPORATION,** |
| Defendants. | **AKA GRINNELL FIRE)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GRINNELL LLC (FKA GRINNELL CORPORATION, AKA GRINNELL FIRE) are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 31, 2014           By: _____
                                       Charles
                                       United States District Judge
                                       [SEAL: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GRINNELL LLC
(FKA GRINNELL CORPORATION, AKA GRINNELL FIRE)