**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>        Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>        Defendants. | No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITH PREJUDICE OF<br>ANY ASBESTOS EXPOSURE CLAIMS<br>ON OR AFTER DECEMBER 5, 1980<br>FROM DEFENDANT GOULDS PUMPS,<br>INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant GOULDS PUMPS, INC. are hereby dismissed with prejudice.

Dated: February 7, 2014          By: _____
                                        IT IS SO ORDERED
                                        Judge Charles R. Breyer

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GOULDS PUMPS, INC.