BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>        Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>        Defendants. | No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'**<br>**DISMISSAL WITH PREJUDICE OF**<br>**ANY ASBESTOS EXPOSURE CLAIMS**<br>**ON OR AFTER DECEMBER 5, 1980**<br>**FROM DEFENDANT THE PEP BOYS**<br>**MANNY MOE & JACK OF**<br>**CALIFORNIA** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA are hereby dismissed with prejudice.

Dated:  February 14, 2014         By: _____
                                       Charles R. Breyer
                                       United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA