**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*, <br><br> Defendants. | No. 3:10-cv-04713-CRB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERINI CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant PERINI CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 14, 2014         By: _____
                                  Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERINI CORPORATION