BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*,<br><br>　　　　　Defendants. | No. 3:10-cv-04713-CRB<br><br>ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT SEQUOIA VENTURES INC. |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant SEQUOIA VENTURES INC. are hereby dismissed with prejudice.

Dated: March 5, 2014

By: _____
Charles R. Bryer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT SEQUOIA VENTURES INC.