IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC, et al.,<br><br>　　　　Defendants. | Case No.: 3:10-cv-04713-CRB<br><br>**ORDER GRATING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT KAISER GYPSUM COMPANY, INC.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant KAISER GYPSUM COMPANY, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED:  March 28, 2014

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　*IT IS SO ORDERED*
　　　　　　　　　　　　　　　　　　　　　　Judge Charles R. Breyer

1

ORDER GRATING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT KAISER GYPSUM COMPANY, INC.