**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK RICCO,<br><br>      Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>      Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITH PREJUDICE OF<br>ANY ASBESTOS EXPOSURE CLAIMS<br>ON OR AFTER DECEMBER 5, 1980<br>FROM DEFENDANT TEMPORARY<br>PLANT CLEANERS, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant TEMPORARY PLANT CLEANERS, INC. are hereby dismissed with prejudice.

Dated: March 28, 2014

By: _____
Charles
United

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS
ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT TEMPORARY PLANT CLEANERS, INC.