| | |
|---|---|
| 1 | Gary D. Sharp, Esq.           SBN 116216 |
| 2 | gsharp@foleymansfield.com<br>Jennifer M. McCormick, Esq.    SBN 189693 |
| 3 | jmccormick@foleymansfield.com<br>Lauren C. McLeod, Esq.        SBN 255886 |
| 4 | lmcleod@foleymansfield.com<br>**FOLEY & MANSFIELD, PLLP** |
| 5 | 300 Lakeside Avenue, Suite 1900<br>Oakland, California  94612 |
| 6 | Telephone:   (510) 590-9500<br>Facsimile:    (510) 590-9595 |
| 7 | Attorneys for Defendant<br>**CLEAVER-BROOKS, INC.** |

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| FRANK RICCO,<br><br>                    Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC., et al.,<br><br><br>                    Defendants. | Case No.:   3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CLEAVER-BROOKS, INC.**<br><br><br><br>Complaint Filed:  October 19, 2010<br>Trial Date:           None |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant CLEAVER-BROOKS, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 14, 2014          By: _____
                                Charles R. Breyer
                                United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

1

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CLEAVER-BROOKS, INC.