BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO, | No. 3:10-cv-04713-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BAYER CROPSCIENCE INC.** |
| vs. | |
| ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*, | |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant BAYER CROPSCIENCE INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 2, 2014          By: _____
                                 Charles R. Breyer
                                 United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BAYER CROPSCIENCE INC.