**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>　　　　Defendants. | No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'**<br>**DISMISSAL WITH PREJUDICE OF**<br>**DEFENDANT BAYER CROPSCIENCE**<br>**INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant BAYER CROPSCIENCE INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 7, 2014

By: _____
Charles R. Breyer
United States District Judge

*[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT BAYER CROPSCIENCE INC.