UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>    Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITH PREJUDICE<br>OF DEFENDANT SCOTT<br>TECHNOLOGIES, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant SCOTT TECHNOLOGIES, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 2, 2014        By: _____
                                Charles R. Breyer
                                United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*