UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITH PREJUDICE OF<br>DEFENDANT THOMAS DEE<br>ENGINEERING COMPANY** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant THOMAS DEE ENGINEERING COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 2, 2014

By: _____
Charles R. Breyer
United S...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT THOMAS DEE ENGINEERING COMPANY

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555