# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*,<br><br>    Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant HONEYWELL INTERNATIONAL, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 6, 2014            By:_____
                                                     Charles R. Breyer
                                                     United States District Judge

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555