# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>  Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*,<br><br>  Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant HONEYWELL INTERNATIONAL, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 6, 2014      By: _____
                              Charles
                              United

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.

*[Left margin: BRAYTON♦PURCELL LLP, ATTORNEYS AT LAW, 222 RUSH LANDING ROAD, P O BOX 6169, NOVATO, CALIFORNIA 94948-6169, (415) 898-1555]*