BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL<br>CONTRACTORS, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITH PREJUDICE OF<br>DEFENDANT SEQUOIA VENTURES<br>INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant SEQUOIA VENTURES INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 2, 2014

By:_____
Charles R. Breyer
United

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT SEQUOIA VENTURES INC.