BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   FRANK RICCO,                          )   Case No. 3:10-cv-04713-CRB
                                           )
12                  Plaintiff,             )   ORDER GRANTING PARTIES'
                                           )   DISMISSAL WITH PREJUDICE
13   vs.                                   )   OF DEFENDANT TEXTRON INC.
                                           )
14   ADVANCE MECHANICAL                    )
     CONTRACTORS, INC., *et al.*,          )
15                                         )
                    Defendants.            )
16                                         )
                                           )
17                                         )
                                           )
18                                         )
                                           )
19   _____          )

20          PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant

21   TEXTRON INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of

22   Civil Procedure.

23

24

25   Dated:   July 9, 2014                    By:_____
                                                 Charles R.
26                                               United Sta

27                                               IT IS SO ORDERED
                                                 Judge Charles R. Breyer
28

                                            1
     ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT TEXTRON INC.