**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO, | Case No. 3:10-cv-04713-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES'** |
| vs. | **DISMISSAL WITH PREJUDICE OF DEFENDANT UNIVERSITY** |
| ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*, | **MECHANICAL AND ENGINEERING CONTRACTORS, INC.** |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant UNIVERSITY MECHANICAL AND ENGINEERING CONTRACTORS, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 19, 2014      By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT UNIVERSITY MECHANICAL AND ENGINEERING CONTRACTORS, INC.