SONJA E. BLOMQUIST, SBN 099341, sblomquist@lowball.com
GUY W. STILSON, SBN 142194, gstilson@lowball.com
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone:  (415) 981-6630
Facsimile:   (415) 399-1506


Attorneys for Defendant
DALLOZ SAFETY, INC.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| FRANK RICCO | CASE NO. 3:10-cv-04713-CRB |
| Plaintiff, | |
| vs. | ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT BACOU-DALLOZ SAFETY, INC. |
| ADVANCE MECHANICAL CONTRACTORS, INC. et al. | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All claims against

Defendant BACOU-DALLOZ SAFETY, INC. are hereby dismissed with prejudice

pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  October 8, 2014

Char[...]
Unite[...]

IT IS SO ORDERED
Judge Charles R. Breyer

- 1 -