BRAYTON◊PURCELL LLP
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK RICCO, | ) | No. 3:10-cv-04713-CRB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PARTIES'** |
| | ) | **DISMISSAL WITH PREJUDICE OF** |
| vs. | ) | **DEFENDANT FOSTER WHEELER** |
| | ) | **LLC *fka* FOSTER WHEELER** |
| ADVANCE MECHANICAL | ) | **CORPORATION** |
| CONTRACTORS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 18, 2014          By: _____
                                         Charles R. Breyer
                                         United States District Judge



1