UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RICCO,<br><br>  Plaintiff,<br><br>vs.<br><br>ADVANCE MECHANICAL CONTRACTORS, INC., *et al.*,<br><br>  Defendants. | Case No. 3:10-cv-04713-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT KELLY-MOORE PAINT COMPANY, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant KELLY-MOORE PAINT COMPANY, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 12, 2015     By: _____
Charles R. Breyer
United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT KELLY-MOORE PAINT COMPANY, INC.